IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00304-WDM

USA

    Petitioner,

v.

LOUIE M. RODRIGUEZ,

    Respondent.

_____

**ORDER TO STRIKE**
_____

    Respondent Louie Rodriguez e-filed document number 5 which falsely purports to represent my signature and that of my administrative assistant. Such false pleading is impertinent and scandalous. Accordingly, document number 5 is stricken from the record of this court pursuant to Fed. R. Civ. P. 12(f).

    DATED at Denver, Colorado, on April 2, 2009.

                                         BY THE COURT:

                                         s/ Walker D. Miller
                                         United States Senior District Judge