IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 09-cv-00304-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LOUIE M. RODRIGUEZ,

    Defendant.
_____

**MINUTE ORDER**
_____

**SENIOR JUDGE WALKER D. MILLER**
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The status hearing is rescheduled to **May 6, 2010, at 2:00 p.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.


Dated: March 22, 2010

                                          s/ Jane Trexler, Judicial Assistant