IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 09-cv-00304-WDM

UNITED STATES OF AMERICA,

    Petitioner,

v.

LOUIE M. RODRIGUEZ,

    Respondent.

and

UNITED STATES OF AMERICA,

    Petitioner,

v.

LOUIE M. RODRIGUEZ,

    Respondent.

_____

## ORDER OF CONSOLIDATION
_____

    This matter is before me on the government's Motion to Consolidate (Doc. No. 23). Pursuant to D.C.COLO.LCivR 42.1, being sufficiently advised in the premises, it is ordered that Civil Action Nos. 09-cv-00304-WDM and 09-cv-02598-LTB be consolidated into a single civil action with all further pleadings in the consolidated civil

actions to bear the case caption *United States v. Louis M. Rodriguez*, Civil Action No. 09-cv–00304-WDM

DATED at Denver, Colorado, on June 1, 2010.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge