# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00304-WDM

UNITED STATES OF AMERICA,

      Petitioner,

v.

LOUIE M. RODRIGUEZ,

      Respondent.

and

UNITED STATES OF AMERICA,

      Petitioner,

v.

LOUIE RODRIGUEZ,

      Respondent.

---

## ORDER

---

Upon reviewing the United States of America's Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court hereby

ORDERS that the above-captioned case is dismissed, without prejudice.

SO ORDERED this 14th day of December, 2010.

_____
Walker D. Miller
United States Senior District Judge